

**CR 22   00139   EJD**

# UNITED STATES DISTRICT COURT



**FILED**
MAR 31 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

### vs

### ELANGOVAN PUNNIAKOTI
### and MARY CHRISTEENA

**SEALED BY ORDER OF COURT**

### INDICTMENT

COUNT ONE: 18 U.S.C. § 371 – Conspiracy To Commit Visa Fraud

COUNTS TWO THROUGH SEVEN: 18 U.S.C. §§ 1546(a) and 2 – Visa Fraud and Aiding and Abetting

*A true bill.*

_____
*Foreperson*

*Filed in open court this* __31st__ *day of* __March__ _____ *A.D.* 202_2_

_____
*United States Magistrate Judge*

No process/Summons only

*Bail.* $ _____

STEPHANIE M. HINDS (CABN 154284)
United States Attorney



**SEALED BY ORDER OF COURT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 22 00139 NC |
|---|---|
| Plaintiff, | ) |
| | ) VIOLATIONS: |
| | ) 18 U.S.C. § 371 – Conspiracy To Commit Visa |
| v. | ) Fraud; |
| | ) 18 U.S.C. §§ 1546(a) and 2 – Visa Fraud and Aiding |
| ELANGOVAN PUNNIAKOTI, and | ) and Abetting; |
| MARY CHRISTEENA, | ) 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), and 28 |
| | ) U.S.C. § 2461(c) – Forfeiture |
| Defendants. | ) |
| | ) |
| | ) SAN JOSE VENUE |
| | ) |
| | ) |

INDICTMENT

The Grand Jury charges:

Relevant Individuals and Entities

At all times relevant to this Indictment:

1.    Defendant Elangovan PUNNIAKOTI resided in Santa Clara County, California, and served as the chief executive officer and vice president of Innovate Solutions, Inc.

2.    Defendant Mary CHRISTEENA resided in Santa Clara County, California, and served as the secretary, director, and president of Innovate Solutions, Inc.

3.    Innovate Solutions, Inc., located in Santa Clara County, California, was incorporated in the State of California on or about October 24, 2008, and was an information technology services

INDICTMENT                                               1

company.

## The H-1B Visa Program

4.    The Immigration and Nationality Act, 8 U.S.C. § 1101, controls and regulates several categories of foreign nationals who may be admitted to the United States on a temporary basis as nonimmigrants.

5.    The H-1B Specialty Occupation Workers program allows an employer to temporarily employ a foreign worker in the United States on a nonimmigrant basis in a "specialty occupation." A specialty occupation requires the theoretical and practical application of a body of specialized knowledge and a bachelor's degree or its equivalent in the relevant specialty. The Employment and Training Administration ("ETA") is an agency of the United States established within the United States Department of Labor and empowered to administer parts of the H-1B program.

6.    Each employer seeking to employ an H-1B nonimmigrant is required to submit a completed Labor Condition Application ("LCA") for Nonimmigrant Workers (ETA Form 9035) to the Department of Labor. The LCA requires the employer, acting as a petitioner, to provide information including statements about the existence, duration, and wages associated with the temporary job need, and to make several attestations, including regarding labor conditions.

7.    After the LCA is approved, the petitioner submits a Form I-129 Petition for Nonimmigrant Worker ("I-129 Petition") with the United States Citizenship and Immigration Services ("USCIS"), a component of the United States Department of Homeland Security ("DHS"), for the individual foreign worker hired in connection with the certification. Among other things, the I-129 requires the name and biographical data of the proposed foreign worker, the proposed wage to be paid, and the address where the foreign worker will be working as well as biographical information about the petitioner.

8.    The foreign worker is referred to as the "beneficiary" of the H-1B visa application process. When a petitioner other than the ultimate employer applies for an H-1B visa for a foreign worker, the ultimate employer seeking to hire the worker is referred to as the "end-client."

### Submission of Fraudulent H-1B Visa Applications by Innovate Solutions, Inc.

9.    Beginning no later than 2010, and continuing at least through May 2020, in the Northern

INDICTMENT                                   2

District of California and elsewhere, the defendants submitted, caused to be submitted, and aided and abetted the submission of approximately 54 fraudulent H-1B visa applications for temporary nonimmigrant beneficiaries sponsored by Innovate Solutions, Inc. ("Innovate Solutions"). The applications required the petitioner to represent to the United States, under penalty of perjury and criminal and civil penalties, the true name, location, terms, and duration of the underlying employment position to be filled by the stated beneficiary in each H-1B application.

10. The defendants submitted, caused to be submitted, and aided and abetted the submission of fraudulent documents to the United States in connection with H-1B applications in order to create a pool of H-1B beneficiaries who could thereafter be placed at employment positions with employers other than Innovate Solutions (in conflict with the representations in the visa applications). These employers paid Innovate Solutions fees to cover the cost of the H-1B beneficiaries' wages and salary as well as a markup for profit. Through this scheme, the defendants reaped profits and gained an unfair advantage over employment-staffing firms.

11. The defendants submitted, caused to be submitted, and aided and abetted the submission of LCA forms, I-129 petitions, and supporting documentation, among other documents, that contained false representations and material omissions relating to, among other things, the nature, existence, and scope of H-1B positions. The defendants caused to be submitted visa petitions and supporting documents falsely stating that the foreign workers would be working offsite at end client companies. The end-client companies listed in the Innovate Solutions' H-1B applications either never received the proposed H-1B workers or never intended to receive those H-1B workers. The defendants also caused to be submitted visa petitions and supporting documents falsely stating that a foreign worker would be working on an internal project for Innovate Solutions when the defendants knew no such project existed. Instead, the defendants, through Innovate Solutions contracted both categories of workers out to end clients possessing actual work.

12. As a result of the fraud, USCIS issued numerous H-1B visas to these foreign workers and end clients paid Innovate Solutions at least $2,555,725 in fees to cover the cost of the employees' wages and salaries as well as a markup for profit for Innovate Solutions.

INDICTMENT                                    3

COUNT ONE: (18 U.S.C. § 371 – Conspiracy To Commit Visa Fraud)

13.    The factual allegations contained in paragraphs 1 through 12 of this Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

14.    Beginning on a date unknown, but no later than approximately 2010, and continuing at least through May 2020, in the Northern District of California and elsewhere, the defendants,

ELANGOVAN PUNNIAKOTI, and
MARY CHRISTEENA,

and others, did knowingly and intentionally conspire to commit crimes against the United States, namely, to knowingly make under oath, and subscribe as true under penalty of perjury under 28 U.S.C. § 1746, false statements with respect to material facts in an application, an affidavit, and a document required by the immigration laws and regulations prescribed thereunder, in violation of Title 18, United States Code, Section 1546(a).

15.    In furtherance of the conspiracy and to effect the objects thereof, the following overt acts were committed in the Northern District of California and elsewhere:

a)    On or about April 7, 2014, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "DMS," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at a specific address;

b)    On or about December 28, 2015, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "VK," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address;

c)    On or about August 29, 2016, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "KR," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address;

d)    On or about April 3, 2017, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "SB," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another

INDICTMENT                                                    4

company or organization's location with a specific address;

e)   On or about April 6, 2017, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "MP," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address;

f)   On or about April 6, 2017, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "MN," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address;

g)   On or about April 6, 2017, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "RED," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address;

h)   On or about April 6, 2017, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "NK," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work off-site at another company or organization's location with a specific address; and

i)   On or about May 26, 2020, PUNNIAKOTI and CHRISTEENA caused the Innovate Solutions submission of an I-129 Petition for beneficiary "MA," bearing PUNNIAKOTI's signature, falsely stating that the beneficiary would work at Innovate Solutions from home.

All in violation of Title 18, United States Code, Section 371.

COUNTS TWO THROUGH SEVEN:  (18 U.S.C. §§ 1546(a) and 2 – Visa Fraud and Aiding and Abetting)

16.   The factual allegations contained in paragraphs 1 through 15 of this Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

17.   On or about the dates listed below, in the Northern District of California and elsewhere, the defendants,

INDICTMENT                                                  5

ELANGOVAN PUNNIAKOTI, and
MARY CHRISTEENA,

aiding and abetting and aided and abetted by each other, knowingly made under oath, and subscribed as true under penalty of perjury under 28 U.S.C. § 1746, false statements with respect to material facts in an application, an affidavit, and a document required by the immigration laws and regulations prescribed thereunder, namely, in the I-129 Petitions and supporting documentation for H-1B nonimmigrant worker applicants, by falsely representing that the below-listed applicants would work off-site at another company or organization's location with a specific address or at Innovate Solutions from home, when the defendants knew at the time that these representations were false:

| Count | Approx. Submission Date | Name of Beneficiary |
|---|---|---|
| 2 | April 3, 2017 | "SB" |
| 3 | April 6, 2017 | "MP" |
| 4 | April 6, 2017 | "MN" |
| 5 | April 6, 2017 | "RED" |
| 6 | April 6, 2017 | "NK" |
| 7 | May 26, 2020 | "MA" |

All in violation of Title 18, United States Code, Sections 1546(a) and 2.

FORFEITURE ALLEGATION:  (18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)(A)(ii), and 28 U.S.C. § 2461(c) – Criminal Forfeiture)

18.    The factual allegations contained in paragraphs 1 through 17 of this Indictment are hereby re-alleged and incorporated by reference as if set forth in full herein.

19.    Upon conviction for any of the offenses alleged in Counts 1 through 7 of this Indictment, alleging violations of 18 U.S.C. § 371 and 18 U.S.C. § 1546(a), the defendants,

ELANGOVAN PUNNIAKOTI, and
MARY CHRISTEENA,

shall forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(6)(A)(ii), any

INDICTMENT                                6

property, real or personal, (i) that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of conviction; or (ii) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of conviction. The property includes, but is not limited to, the following: a forfeiture money judgement of at least $2,555,725, representing the sum of money equal to the total value of the proceeds the defendants obtained directly or indirectly from the commission of the offense of conviction.

20. If any of the property described above, as a result of any act or omission of the defendants:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(6)(A)(ii), and Title 28, United States Code, Section 2461(c).

DATED: March 31, 2022

A TRUE BILL.

_____
FOREPERSON

STEPHANIE M. HINDS
United States Attorney

_____
SARAH E. GRISWOLD
Assistant United States Attorney

INDICTMENT            7

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: Conspiracy To Commit Visa Fraud in violation of 18 U.S.C. § 371;

Counts 2-7: Visa Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1546(a) and 2

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Ct 1: 5 yrs prison, 3 yrs supervised release, fine of $250,000 or twice the gross gain, whichever is greater; $100 special assessment
Cts 2-7: 10 yrs prison, 3 yrs supervised release, fine of $250,000 or twice the gross gain, whichever is greater; $100 special assessment
Forfeiture

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
MAR 31 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
▶ Elangovan Punniakoti

DISTRICT COURT NUMBER
CR 22 00139 EJD

NC

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

State Department Special Agent Richard Lin

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form ___ Stephanie Hinds
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) ___ Sarah E. Griswold

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ N/A

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

SEALED BY ORDER OF COURT

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No
} If "Yes" give date filed ___

DATE OF ARREST ▶ Month/Day/Year ___

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year ___

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☒ Arraignment   ☒ Initial Appearance

Defendant Address:

c/o Jerry Fong, 885 N San Antonio Rd Ste D, Los Altos, CA 94022

Comments:

Bail Amount: ___

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 4/12/22 at 2:00 pm   Before Judge: DeMarchi

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: Conspiracy To Commit Visa Fraud in violation of 18 U.S.C. § 371;

Counts 2-7: Visa Fraud and Aiding and Abetting in violation of 18 U.S.C. §§ 1546(a) and 2

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Ct 1: 5 yrs prison, 3 yrs supervised release, fine of $250,000 or twice the gross gain, whichever is greater; $100 special assessment
Cts 2-7: 10 yrs prison, 3 yrs supervised release, fine of $250,000 or twice the gross gain, whichever is greater; $100 special assessment
Forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**FILED**
**MAR 31 2022**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#### DEFENDANT - U.S

▶ Mary Christeena

DISTRICT COURT NUMBER

**CR 22    00139    EJD**

NC

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

State Department Special Agent Richard Lin

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form _____ Stephanie Hinds

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) _____ Sarah E. Griswold

#### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ N/A

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**SEALED BY ORDER OF COURT**

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT

Bail Amount: _____

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

c/o Bruce Funk, 46 W Santa Clara St, San Jose, CA 95113

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: 4/12/22 at 2:00 pm  Before Judge: DeMarchi

Comments: