

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 31 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

*Instructions:* *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA V.   ELANGOVAN PUNNIAKOTI and MARY CHRISTERNA

**CASE NUMBER:**

CR 22   00139

EJD

NC

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ |
| **Total Number of Defendants:** | 1 | 2-7 ✓   8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK   SJ ✓ |
| **Is this a potential high-cost case?** | Yes | No ✓ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ |
| **Is this a RICO Act gang case?** | Yes | No ✓ |

**Assigned AUSA (Lead Attorney):** Sarah Griswold

**Date Submitted:** March 31, 2022

**Comments:**

SEALED BY ORDER OF COURT

RESET FORM       SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)