CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5081
sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. 5:22-cr-139 EJD |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL SCHEDULE** |
| v. | ) ) | |
| MARY CHRISTEENA, | ) ) | |
| Defendant. | ) ) ) | |

The parties hereby submit the following stipulation to memorialize the pretrial dates set at the status conference on March 2, 2026.

The parties requested and the Court agreed to set the following dates:

| EVENT | DEADLINE |
|---|---|
| Last Day to File Motions *in Limine* and *Daubert* Motions | 6/3/26 |
| Oppositions to Motions in Limine and *Daubert* Motions | 6/10/26 |
| Last Day to Serve Federal Rule of Evidence 404(b) Notice | 6/10/26 |
| Last Day to Exchange Exhibit Lists | 6/10/26 |
| Joint Pretrial Conference Statement | 6/10/26 |

STIP. SET PRETRIAL DATES; [PROP'D] ORDER
5:22-cr-139 EJD                    1

| EVENT | DEADLINE |
|---|---|
| Last Day to File Joint Proposed Additional *Voir Dire* Questions; Joint Neutral Statement of the Case; Joint Proposed Jury Instructions; Joint Proposed Verdict Form; Initial Witness Lists; and Trial Memoranda | 6/10/26 |
| Pretrial Conference | 6/24/26 at 10:00 a.m. |
| Last Day to File Amended Witness Lists, Exhibit List | 7/13/26 |
| Jury Selection | 7/17/26 |
| Jury Trial Begins | 7/20/26 |

Jury selection and trial remain set for July 17, 2026, and July 20, 2026, respectively.

Respectfully submitted,

DATED:  March 4, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/
SARAH E. GRISWOLD
Assistant United States Attorney

DATED: March 4, 2026

/s/
JACK GORDON
Counsel for Defendant Mary Christeena

STIP. SET PRETRIAL DATES; [PROP'D] ORDER
5:22-cr-139 EJD                                    2

ORDER

As set forth at the status conference on March 2, 2026, and based upon the representations made in the parties' stipulation above, and for good cause shown, the COURT HEREBY ORDERS that the following pretrial dates are set as follows:

| EVENT | DEADLINE |
|---|---|
| Last Day to File Motions *in Limine* and *Daubert* Motions | June 3, 2026 |
| Oppositions to Motions in Limine and *Daubert* Motions | June 10, 2026 |
| Last Day to Serve Federal Rule of Evidence 404(b) Notice | June 10, 2026 |
| Last Day to Exchange Exhibit Lists | June 10, 2026 |
| Joint Pretrial Conference Statement | June 10, 2026 |
| Last Day to File Joint Proposed Additional *Voir Dire* Questions; Joint Neutral Statement of the Case; Joint Proposed Jury Instructions; Joint Proposed Verdict Form; Initial Witness Lists; and Trial Memoranda | June 10, 2026 |
| Pretrial Conference | June 24, 2026, at 10:00 a.m. |
| Last Day to File Amended Witness Lists, Exhibit List | July 13, 2026 |
| Jury Selection | July 17, 2026, at 9:00 a.m. |
| Jury Trial Begins | July 20, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: March 4, 2026

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE